**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| OMAR VALENCIA CINENCIO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01230-JD |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

The undersigned has examined Petitioner's Amended Petition for a Writ of Habeas Corpus [Doc. No. 3] and orders Petitioner to file another copy of the Petition that is in text-searchable format.[1] Petitioner's counsel shall comply with this Order and the Western District's requirements by **Monday, June 8, 2026**. Petitioner's failure to comply risks sanctions, which may include dismissal of the action without prejudice and without further opportunity to cure.

IT IS SO ORDERED this 4th day of June 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] The Western District of Oklahoma's ECF Policies & Procedure Manual requires that electronically filed documents must be text-searchable and flattened.