**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

OMAR VALENCIA CINENCIO,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Petitioner,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　Case No. CIV-26-01230-JD
　　　　　　　　　　　　　　　　　　　)
FRED FIGUEROA, et al.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Respondents.　　　　　　　)

**ORDER**

On June 4, 2026, the Court noted that "Petitioner's counsel has not complied with Local Civil Rule 83.3" and that this rule "require[s] non-resident attorneys who do not maintain an office in Oklahoma to associate with local counsel"; the Court ordered Petitioner's counsel to comply with the rule or move for relief by June 11, 2026. [Doc. No. 6] (text only order).

Petitioner has not complied with Local Civil Rule 83.3 or this Court's prior order. The Court therefore ORDERS Petitioner through counsel to comply with Rule 83.3 and the Court's orders of June 4, 2026 and today by June 30, 2026. Failure to do so will result in the dismissal of this action without prejudice to refiling and without further warning or opportunity to cure.

IT IS SO ORDERED this 23rd day of June 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE