## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

OMAR VALENCIA CINENCIO,                    )
                                           )
             Petitioner,                   )
                                           )
v.                                         )        Case No. CIV-26-01230-JD
                                           )
FRED FIGUEROA, et al.,                     )
                                           )
             Respondents.                  )

## ORDER

Earlier today on July 29, 2026, the Court ordered Respondents to show cause [Doc. No. 19] why the Court should not grant Petitioner Omar Valencia Cinencio's ("Petitioner") Emergency Motion for Immediate Release [Doc. No. 18], which alleged that Respondents failed to provide Petitioner with a bond hearing or release in compliance with the Court's order and judgment granting in part the Amended Petition for Writ of Habeas Corpus. *See* [Doc. Nos. 9, 16, 17]. In response, Respondents submit documentary proof that Petitioner has been released from custody as of July 28, 2026. [Doc. Nos. 20, 20-1]. Consequently, the Court DENIES as moot the Emergency Motion for Immediate Release. [Doc. No. 18].

IT IS SO ORDERED this 29th day of July 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE